UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RUSSELL TARDO, ET AL**                                          CIVIL ACTION

**versus**                                                        No. 08-1165

**STATE FARM FIRE AND CASUALTY COMPANY**                          SECTION: "I"/1

ORDER

Considering defendant's motion to strike the report and anticipated testimony of Steve Hitchcock ("Hitchcock") and the lack of opposition by plaintiffs,

**IT IS ORDERED** that the motion to strike[1] is **GRANTED** without opposition and that Hitchcock shall be not be permitted to testify at trial.[2] Plaintiffs have not submitted a response to this motion[3] and, therefore, they have failed to satisfy this Court that they should be permitted to introduce Hitchcock's testimony. They have not argued the importance of Hitchcock's testimony or set forth any explanation for their failure to

---

[1] The Court previously dismissed as moot the motion to strike Sassoon Sales' declaration. Rec. Doc. No. 61, p. 13.

[2] Plaintiffs failed to identify Hitchcock as an expert witness in their initial disclosures, amended initial disclosures, and in their responses to discovery requests. Rec. Doc. No. 54-5; Rec. Doc. No. 54-6; Rec. Doc. No. 54-7. Notwithstanding their repeated failures to identify Hitchcock as an expert witness, plaintiffs submitted Hitchcock's report to defendant approximately four days after the deadline to exchange expert reports. More than a month later, plaintiffs submitted their witness list, which did not include Hitchcock. Rec. Doc. No. 26. Then, in their June 10, 2009 response to a motion for partial summary judgment, plaintiffs identified Hitchcock as their expert witness. Rec. Doc. No. 49.

[3] On June 18, 2009, the Court ordered plaintiffs to submit any opposition to the motion to strike by June 24, 2009 at noon.

identify Hitchcock as a witness. *See Ray Mart Inc. V. Stock Bldg. Supply of Texas LP*, 302 Fed. App'x 232, 241 (5th Cir. 2008)(citing *Campbell v. Keystone Aerial Surveys, Inc.*, 138 F.3d 996, 1000 (5th Cir. 1998)).

New Orleans, Louisiana, June 25th, 2009.

                                    _____
                                    **LANCE M. AFRICK**
                                    **UNITED STATES DISTRICT JUDGE**